**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MARLON JACKSON                                CIVIL ACTION NO. 26-1333

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

MARTIN TRANSPORT INC., ET AL.                 MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Rec. Doc. 13) and response (Rec. Doc. 14) thereto filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec. Doc. 8) is **DENIED**.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 3rd day of August, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE